IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:24-cr-00251-RMR-6

UNITED STATES OF AMERICA,

    Plaintiff,

v.

6.    BRADLEY EDSON,

    Defendant.

---

### ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO TRAVEL

**Susan Prose, United States Magistrate Judge**

    This case is before the court on Defendant Bradley Edson's Unopposed Motion for Leave to Travel, ECF No. 227 (the "Motion") after it was referred by District Judge Regina M. Rodriguez, ECF No. 228. Defendant is on pretrial release and subject to conditions that restrict his travel absent prior court approval. ECF No. 66 at 2. He now seeks permission to travel from Phoenix, Arizona, to Park City, Utah, from March 14, 2026, through March 19, 2026, for a ski trip. Mot. ¶¶ 1, 3–6. The Motion represents that the government does not oppose the requested travel. ECF No. 227 at 1. Pretrial Services also has no objection to the requested travel.[1]

    Finding good cause, the court **GRANTS** the Motion. Defendant may travel from Phoenix, Arizona, to Park City, Utah, from March 14, 2026, through March 19, 2026, **provided that the following conditions are met**:

    1.    Defendant is compliant with all conditions of release and with all instructions

---

[1] Pretrial Services communicated their position via email received on February 20, 2026.

from the Probation/Pretrial Services Office at the time of travel. He must confer with his supervising pretrial services officer the day before his departure, and travel is authorized only if the officer confirms Defendant's compliance and approves the trip at that time;

2. Before leaving Phoenix, Defendant provides his supervising pretrial services officer with all travel details, including flight reservations, rental car arrangements, lodging information, and telephone contact information where he may be reached for the duration of his trip; and

3. Defendant checks in with his supervising pretrial services officer as and when directed during his travel.

In all other respects, Defendant remains subject to the previously-imposed conditions of release.

*See* ECF No. 66.

DATED:  February 24, 2026            BY THE COURT:

_____
Susan Prose
United States Magistrate Judge