**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 1:24-cr-00251-RMR-6

UNITED STATES OF AMERICA,

     Plaintiff,

v.

6.     BRADLEY EDSON,

     Defendant.

---

**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO TRAVEL**

---

**Susan Prose, United States Magistrate Judge.**

This case is before the court on Defendant Bradley Edson's Unopposed Motion for Leave to Travel, ECF No. 259 (the "Motion") after it was referred by District Judge Regina M. Rodriguez, ECF No. 260. Defendant is on pretrial release and subject to conditions that restrict his travel absent prior court approval. ECF No. 66 at 2. He now seeks permission to travel within the State of Nebraska from May 26, 2026, through May 31, 2026, to support his son during medical procedures. Mot. ¶¶ 1–2. The Motion represents that the government does not oppose the requested travel. The travel will remain entirely within Nebraska. Mot. ¶ 2. Mr. Edson has turned in his passport and posted a $100,000 bond. Mot. ¶¶ 5–6. This travel will not affect any court proceedings. Mot. ¶ 4.

Finding good cause, the court **GRANTS** the Motion. Defendant may travel within the State of Nebraska (including Omaha, Lincoln, and potentially other medical facilities in the

state) from May 26, 2026, through May 31, 2026, **provided that the following conditions are**

**met**:

1. Defendant is compliant with all conditions of release and with all instructions from the Probation/Pretrial Services Office at the time of travel. He must confer with his supervising pretrial services officer the day before his departure, and travel is authorized only if the officer confirms Defendant's compliance and approves the trip at that time;
2. Before leaving his current location, Defendant provides his supervising pretrial services officer with all available travel details, including cities and medical facilities to be visited, lodging information once known, and telephone and email contact information where he may be reached for the duration of his trip; and
3. Defendant checks in with his supervising pretrial services officer as and when directed during his travel.

In all other respects, Defendant remains subject to the previously-imposed conditions of release.

*See* ECF No. 66.

DATED:  May 22, 2026                          BY THE COURT:

_____
Susan Prose
United States Magistrate Judge

2